# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICAR MESSINA, | CASE NO. CV F 06-1213 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Based on defendants' filing of their notice of settlement and plaintiff's filing of his notice of dismissal, this Court DISMISSES this action and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 5, 2007**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE